**SIGNED.**

**Dated: January 03, 2011**

_Randolph J. Haines_
_____
 **RANDOLPH J. HAINES**
 **U.S. Bankruptcy Judge**
_____

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| LOOP 76, LLC, an Arizona limited ) | CASE NO. 2:09-bk-16799-RJH |
| liability company, ) | |
| ) | MEMORANDUM DECISION ON FORM |
| Debtor. ) | OF ORDER CONFIRMING DEBTOR'S |
| ) | PLAN OF REORGANIZATION |

Wells Fargo's first and third objections to the form of order lodged by the Debtor are sustained, in part, to the extent explained below. Wells Fargo's second objection is denied because the Order confirming the plan need not so provide, but such denial should not be interpreted to imply that there are or may be any modifications to the loan documents or the guarantees except as specifically provided by the Plan.

Debtor shall upload a new form of order that includes, in its second paragraph, a reference to the tentative findings and conclusions stated on the record at the conclusion of testimony.

Debtor shall upload a new form of order that includes, as exhibits, signed, written agreements between the Debtor and Mr. and Mrs. John Wright documenting his commitment to fund as required by the Amended Plan and securing such commitment by security agreements and/or deeds of trust on sufficient, good quality collateral. Wells Fargo shall file any objection it may have to the form or sufficiency of the written commitment and security documents and/or to the sufficiency or quality of the collateral within five business days of the lodging of the form of order. Any response by the Debtor shall be filed within five business days thereafter. The Court may then rule on the form of order confirming the plan without a hearing, or may schedule an

evidentiary hearing or nonevidentiary hearing on the form and sufficiency of the collateral.

DATED AND SIGNED ABOVE

Copy of the foregoing e-mailed
this 3rd day of January, 2011, to:

Dale C. Schian, Esq.
Mark C. Hudson, Esq.
Schian Walker, P.L.C.
ecfdocket@swazlaw.com
Attorneys for Debtor

Susan G. Boswell, Esq.
Kasey C. Nye, Esq.
Quarles & Brady, LLP
susan.boswell@quarles.com
kasey.nye@quarles.com
Attorneys for Wells Fargo Bank


 /s/ Pat Denk
Judicial Assistant